ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
199 Figueroa Street, 3rd Floor
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Jami Juarez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAMI JUAREZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE NO. CV 13-2506 RNB<br><br>[PROPOSED] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of Fees under the Equal Access to Justice Act and Costs ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SIX-THOUSAND DOLLARS AND NO CENTS ($6,000.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS ($350.00), as authorized by 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: June 5, 2014

_____
HON. ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

1